```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

ALICE F. JACKSON                                              PLAINTIFF

vs.                             CIVIL ACTION NO. 5:12cv126-DCB-MTP

JPMORGAN CHASE BANK, N.A., et al.                            DEFENDANTS

<u>ORDER</u>

    This cause came on this date to be heard upon the Report and Recommendation [docket entry 12] of the United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Michael T. Parker be, and the same is hereby, adopted as the finding of this Court, and that the claims asserted against Nationwide Trustee Services, Inc. are DISMISSED WITHOUT PREJUDICE.

    SO ORDERED, this the <u>23rd</u> day of September, 2013.

<u>s/David Bramlette</u>
UNITED STATES DISTRICT JUDGE